

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BILLY BROWNING, et al., | : | CIVIL ACTION |
| | : | NO. 11-5466 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| DATA ACCESS SYSTEMS, INC., et al., | : | |
| | : | |
| Defendants. | : | |

FILED
JUN -6 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this **6th** day of **June, 2012**, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**. The Court dismisses with prejudice Plaintiffs-Browning, B&B, Onek, Korwit, and Eagle Visions's claims as barred by res judicata, and dismisses without prejudice Plaintiffs-EFTC and ACM's claims for failure to state a claim upon which relief may be granted. Plaintiffs-EFTC and ACM may file an amended complaint by **June 25, 2012**.

It is hereby further **ORDERED** that Defendants' Motion for Leave to File a Reply Brief (ECF No. 8) is **GRANTED**.[1]

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBREÑO, J.

---

[1] The Court considered the substance of Defendants' reply brief is its disposition of Defendants' Motion to Dismiss.